```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF MAINE


UNITED STATES OF AMERICA,     )
                              )
                              )
     v.                       )      CR-05-9-B-W
                              )
STEVEN MCCARTY,               )
                              )
          Defendant           )
```

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 25, 2005 her Recommended Decision. The Defendant filed his objections to the Recommended Decision on July 29, 2005 and the Government filed its response to those objections on August 11, 2005. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further <u>ORDERED</u> that the Defendant's Motion to Suppress (Docket #17) is <u>DENIED</u>.

/s/John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 12th day of August, 2005